No. 866, October Term, 1961. In re Clawans, 370 U. S. 905. Petition for rehearing denied. Mr. Justice Brennan took no part in the consideration or decision of this application.

No. 39, Misc., October Term, 1961. Bailey v. Sacks, Warden, et al., 370 U. S. 925;

No. 900, Misc., October Term, 1961. Louisiana ex rel. Washington v. Walker, Warden, 370 U. S. 726;

No. 964, Misc., October Term, 1961. Thompson v. Washington, 370 U. S. 945;

No. 1133, Misc., October Term, 1961. Owings v. Jamieson, Sheriff, et al., 370 U. S. 928;

No. 1153, Misc., October Term, 1961. Olen v. Olen, 370 U. S. 721;

No. 1155, Misc., October Term, 1961. Boldt v. United States, 370 U. S. 948;

No. 1207, Misc., October Term, 1961. Bisno v. United States, 370 U. S. 952;

No. 1209, Misc., October Term, 1961. Young v. United States, 370 U. S. 953;

No. 1212, Misc., October Term, 1961. Cruz v. Texas, 370 U. S. 953;

No. 1216, Misc., October Term, 1961. O'Leary v. Macy, Chairman, U. S. Civil Service Commission, et al., 370 U. S. 953;

No. 1259, Misc., October Term, 1961. Scott v. United States, 370 U. S. 956;

No. 1295, Misc., October Term, 1961. Gerald v. United States, 370 U. S. 958;

No. 1336, Misc., October Term, 1961. Cepero v. Puerto Rico et al., 370 U. S. 289; and

No. 1343, Misc., October Term, 1961. Hartford v. Wick, Hospital Director, 370 U. S. 932. Petitions for rehearing denied.